IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. BLACK, et al.,<br><br>　　　　Defendants. | No. C 13-2760 LHK (PR)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION<br><br><br>(Docket No. 25) |

Plaintiff, a California state prisoner proceeding *pro se*, filed an amended civil rights complaint. On December 3, 2013, the court screened plaintiff's amended complaint and directed defendants to file a dispositive motion within ninety days. Defendants have filed a motion for an extension of time, up to and including May 2, 2014, to file a dispositive motion. (Docket No. 25.)

Defendants' motion is **GRANTED**. Defendants shall file a dispositive motion **no later than May 2, 2014**. Plaintiff shall file an opposition **within twenty-eight (28) days** of the filing date of defendants' motion. Defendants shall file a reply brief **within fourteen (14) days** thereafter.

This order terminates docket number 25.

IT IS SO ORDERED.

DATED:   3/12/14

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Defs. Mot. For Ext. of Time to file Dispositive Motion
P:\PRO-SE\LHK\CR.13\Matthews760eot-dispo.wpd