UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN LEE MATTHEWS,

    Plaintiff,

  v.

E. BLACK, *et al.*,

    Defendants.

Case No. 13-cv-02760-JD

**ORDER DENYING MOTIONS**

Re: Dkt. Nos. 33, 39, 43, 44, 45

Plaintiff proceeds with a pro se civil rights action under 42 U.S.C. § 1983 against four defendants. One defendant has filed a motion to dismiss, while the remaining defendants were provided extensions to file dispositive motions. Plaintiff has filed several motions regarding law library access and alleging that prison guards are retaliating against him. Plaintiff is now incarcerated at the California Correctional Institution in Tehachapi, CA that is located in the Eastern District of California. To the extent plaintiff wishes to pursue claims against guards at that facility he must file an action in the Eastern District. While plaintiff has requested legal materials and law library access in order to file his opposition to the motion to dismiss, he has already filed the opposition (Docket No. 45), therefore his requests are denied as moot, though plaintiff will be sent a copy of his complaint and the Court's Order of Service.

**CONCLUSION**

1. Plaintiff's motions for service and relief (Docket Nos. 33, 39, 43, 44, 45) are **DENIED**.

///

///

///

2. The Clerk shall send plaintiff a copy of his first amended complaint (Docket No. 11) and a copy of the Court's Order of Service (Docket No. 12).

**IT IS SO ORDERED.**

Dated: July 10, 2014

_____
JAMES DONATO
United States District Judge

13-cv-02760-JD-_ord

2